UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIAS SAMIA, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 24-cv-40070-DHH |
| MATTHEW DIVRIS, ) | |
| Respondent. ) | |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT
OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

The respondent, Matthew Divris, respectfully moves this Court to enlarge the time in which he must file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus by forty-five days, until and including July 12, 2024. The respondent's answer or responsive pleading is currently due on May 28, 2024. In support of this motion, the respondent states:

1. Rule 5 of the Rules governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted his available state court remedies. The rule also requires that the respondent indicate which transcripts or parts of the state court proceedings are available.

2. To this end, the respondent's attorney is assembling the relevant portions of the state court record and will require the additional time to gather and review those documents, and to properly respond to the allegations in the petition.

1

3. Respondent's attorney also requires time to review the relevant documents to consider whether a different responsive pleading, such as a motion to dismiss, is warranted.

4. Respondent's attorney was assigned this matter on May 16, 2024, and requested the state court record at that time.

5. Counsel will be away from the office from May 23-29, 2024.

6. In light of counsel's substantial caseload, including a brief in opposition to a petition for a writ of certiorari due on May 28, 2024, and a brief in the U.S. Court of Appeals for the First Circuit due on June 7, 2024, as well as other responsibilities and duties in his capacity as an Assistant Attorney General in the Criminal Bureau, the requested extension will allow him to most effectively assist this Court.

7. No previous application for an enlargement of time to answer or otherwise respond to the petition has been made to the Court.

Wherefore, the respondent respectfully requests that the Court enlarge the time for filing an answer or other responsive pleading in the above-captioned case to July 12, 2024.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

 /s/ Andre A. Janiszewski
Andre A. Janiszewski
BBO # 703525
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832
(617) 573-5358 (fax)
andre.a.janiszewski@mass.gov

Dated:  May 20, 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system on March 20, 2024, and will be sent by first-class mail, postage prepaid, on or about that date to: Elias Samia, W105426, North Central Correctional Institution, PO Box 466, 500 Colony Road, Gardner, MA 01440.

      /s/ Andre A. Janiszewski
      Andre A. Janiszewski
      Assistant Attorney General